UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FERNANDO FRIDMAN<br>And all other similarly situated under 29 USC 216(B)<br>vs.<br><br>BEEF EATER STEAK HOUSE, INC.,<br>SUSANA QUIROGA,<br>JIMENA QUIROGA<br><br>_____Defendants_____ | CASE NO.: 09-23448-CIV-UNGARO/SIMONTON |

## PLAINTIFF'S NOTICE OF PENDING RELATED ACTIONS

**COME NOW**, Plaintiff and all others similarly situated (the "Plaintiffs"), by and through their undersigned counsel, and pursuant to SDLR 3.8 and Section 2.15.00 of the Internal Operating Procedures of the Southern District, and hereby notice the above-described Plaintiff's Notice as follows:

1. Defendant Beef Eater Steak House, Inc. has a pending wage and labor case in the United States District Court for the Southern District of Florida, Case number 09-61828-CIV-JORDAN/MCALILEY.

**Respectfully submitted,**
Isaac Mamane, Esq.      J.H. Zidell P.A.
FL Bar No. 0044561      300 71st Street, #605
Phone: 305-865-6766    Miami Beach, FL 33141
Fax: 305-865-7167       Mamane@gmail.com
*/s   Isaac Mamane*
Isaac Mamane, Esq.

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing was sent via CM/ECF on this 7th day of December, 2009 to:

No appearance by Defense Counsel has been made.

*/s   Isaac Mamane*
Isaac Mamane, Esq.

1